VINCENT CASTILLO, State Bar No. 209298
vcastillo@aghwlaw.com
ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
aklein@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION
dba AMTRAK (erroneously sued as "AmTrak Corporation")

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO COURTHOUSE

| | |
|---|---|
| ANDREA GREEN,<br><br>        Plaintiff,<br><br>v.<br><br>AMTRAK CORPORATION, DOES 1 to 10,<br><br>        Defendants. | Case No. 2:19-cv-02207-TLN-KJN<br><br>**STIPULATION TO EXTEND VDRP AND DISCOVERY DEADLINES**; ORDER<br><br>Hon. Troy L. Nunley<br><br>Trial: None Set. |

WHEREAS,

Plaintiff alleges she was injured when she fell on an Amtrak train;

The Court has set certain discovery and VDRP deadlines;

Plaintiff represents that she has recently undergone a surgery for injuries related to the subject incident and is currently undergoing post-op rehabilitation;

Plaintiff has been advised her physical therapy program will continue into February 2020 at the very least, but it may last much longer;

The parties agree that securing and reviewing Plaintiff's updated medical records is a crucial prerequisite to Plaintiff's deposition and, ultimately, alternative dispute resolution;

The parties intend to participate in private mediation in approximately 150-180 days;

Plaintiff's counsel has prepaid travel plans rendering him unavailable from for much of

---

1      STIPULATION TO EXTEND VDRP AND DISCOVERY DEADLINES
CASE NO. 2:19-CV-02207-TLN-KJN

358588.1

May 2020;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff ANDREA GREEN and Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK (erroneously sued as "AmTrak Corporation"), through their respective attorneys, to request the Court modify certain VDRP and discovery deadlines as follows.

Discovery and VDRP deadlines are currently scheduled as follows [Doc. 2]:

| | | | |
|---|---|---|---|
| 1. | VDRP deadline: | | February 13, 2020 |
| 2. | Fact Discovery Deadline: | | June 29, 2020[1] |
| 3. | Expert Disclosure: | | August 27, 2020 |
| 4. | Dispositive Motion Deadline: | | December 25, 2020 |
| 5. | Trial: | | None Set |

The parties respectfully request the following new dates, or such other similar dates as are convenient for the Court:

| | | | |
|---|---|---|---|
| 1. | VDRP deadline: | | July 6, 2020 |
| 2. | Fact Discovery Deadline: | | November 23, 2020 |
| 3. | Expert Disclosure: | | January 12, 2021 |
| 4. | Dispositive Motion Deadline: | | February 17, 2021 |
| 5. | Trial: | | None Set |

Dated: January 3, 2020     LAW OFFICE OF GEOFFREY P. WONG

By: */s/ Geoffrey P. Wong*
    GEOFFREY P. WONG
    Attorney for Plaintiff
    ANDREA GREEN

---

[1] Per the scheduling order, the fact discovery deadline is 240 days from the date upon which the last answer may be filed with the Court. However, Plaintiff did not formally serve the Complaint. Defendants filed the Answer in state court on October 15, 2019. The case was removed to federal court on November 1, 2019. Defendant has calculated the fact discovery deadline as 240 days after the date of removal.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

358588.1

Dated: January 3, 2020

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: _/s/ Alexei N. Offill-Klein_
VINCENT CASTILLO
ALEXEI N. OFFILL-KLEIN
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK (erroneously sued as "AmTrak Corporation")

ORDER

Good cause appearing, the parties' Stipulation to Extend VDRP and Discovery Deadlines is GRANTED, and the scheduling order is hereby modified as set forth in the stipulation.

IT IS SO ORDERED.

DATED: January 6, 2020

Troy L. Nunley
United States District Judge