VINCENT CASTILLO, State Bar No. 209298
vcastillo@aghwlaw.com
ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
aklein@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION
dba AMTRAK (erroneously sued as "AmTrak Corporation")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| ANDREA GREEN,<br><br>        Plaintiff,<br><br>v.<br><br>AMTRAK CORPORATION, DOES 1 to 10,<br><br>        Defendants. | Case No. 2:19-cv-02207-TLN-KJN<br><br>**STIPULATION TO EXTEND VDRP AND DISCOVERY DEADLINES AND REQUEST FOR ORDER PERMITTING VIDEOCONFERENCE VDRP; ORDER**<br><br>Hon. Troy L. Nunley<br><br>Trial:   None Set. |

WHEREAS,

Plaintiff alleges she was injured when she fell on an Amtrak train;

The Court has set certain discovery and VDRP deadlines;

Plaintiff represents that she underwent a surgery for injuries related to the subject incident and continues to undergo post-op rehabilitation;

Plaintiff has been advised by her doctor to avoid travel during the COVID pandemic;

Plaintiff's current counsel, Dennis Wilson, assumed day-to-day handling of the case due to former's counsel's health concerns and subsequent death;

Plaintiff only recently received and provided to defendant Medi-Cal lien and conditional payment information relating to the cost of medical treatment arising out of her personal injury

claim;

Plaintiff's deposition is scheduled for September 14, 2021;

The parties held a telephone conference with the mediator, Rob Pohls, on August 19, 2021 and informed him the parties are targeting conducting the mediation in late-October or early November;

The parties would like to mediate the case before expending substantial costs on further discovery;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff ANDREA GREEN and Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK to request that the Court modify certain VDRP and discovery deadlines as follows.

Discovery and VDRP deadlines are currently scheduled as follows [Doc. 18]:

1. VDRP deadline: September 8, 2021
2. Fact Discovery Deadline: February 16, 2022
3. Expert Disclosure: April 18, 2022
4. Dispositive Motion Deadline: May 23, 2022
5. Trial: None Set

The parties respectfully request the following new dates, or such other similar dates as are convenient for the Court:

1. VDRP deadline: January 12, 2022
2. Fact Discovery Deadline: May 18, 2022
3. Expert Disclosure: July 20, 2022
4. Dispositive Motion Deadline: August 24, 2022
5. Trial: None Set

Due to shelter-in-place orders and plaintiff's health concerns, the parties also request an Order permitting the parties and counsel to proceed with VDRP by videoconference (such as Zoom) if necessary, pursuant to Civil L.R. 271(l)(2).

///

///

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

|   |   |   |
|---|---|---|
| 1 | Dated: August 23, 2021 | WILSON LAW FIRM, A PROFESSIONAL CORPORATION |
| 2 | | |
| 3 | | |
| 4 | | By: *s/ Dennis M. Wilson* |
| | | DENNIS M. WILSON |
| 5 | | Attorneys for Plaintiff |
| | | ANDREA GREEN |
| 6 | | |
| 7 | Dated: August 23, 2021 | ALLEN, GLAESSNER HAZELWOOD & WERTH, LLP |
| 8 | | |
| 9 | | |
| 10 | | By: *s/ Alexei Offill-Klein* |
| | | VINCENT CASTILLO |
| 11 | | ALEXEI N. OFFILL-KLEIN |
| | | Attorneys for Defendant |
| 12 | | NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK (erroneously sued as "AmTrak Corporation") |

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

3

STIPULATION TO EXTEND VDRP AND DISCOVERY DEADLINES
CASE NO. 2:19-CV-02207-TLN-KJN

460618.1

VINCENT CASTILLO, State Bar No. 209298
vcastillo@aghwlaw.com
ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
aklein@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000
Facsimile:    (415) 813-2045

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION
dba AMTRAK (erroneously sued as "AmTrak Corporation")

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO COURTHOUSE

| | |
|---|---|
| ANDREA GREEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMTRAK CORPORATION, DOES 1 to 10,<br><br>　　　　　Defendants. | Case No. 2:19-cv-02207-TLN-KJN<br><br>**ORDER GRANTING STIPULATION TO EXTEND VDRP AND DISCOVERY DEADLINES**<br><br>Hon. Troy L. Nunley<br><br>Trial:　None Set. |

**ORDER**

Good cause appearing, the parties' Stipulation to Extend VDRP and Discovery Deadlines is GRANTED, and the scheduling order is hereby modified as set forth in the stipulation.

**IT IS SO ORDERED.**

DATED:  August 24, 2021

_____
Troy L. Nunley
United States District Judge