Dennis M. Wilson (State Bar No. 43877)
Justin Berg (State Bar No. 335451)
Wilson Law Firm, A Professional Corporation
50 Iron Point Circle, Suite 115
Folsom, California 95630
Telephone: (916) 608-8891
Facsimile: (916) 608-8892
jberg@wilsonlawfirmca.com

Attorneys for Andrea Green

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| ANDREA GREEN,<br><br>    Plaintiff,<br><br>    v.<br><br>AMTRAK CORPORATION, DOES 1 to 10,<br><br>    Defendants. | Case No. 2:19-cv-02207-TLN-KJN<br><br>**STIPULATION AND ORDER TO EXTEND VDRP AND DISCOVERY DEADLINES AND REQUEST FOR ORDER PERMITTING VIDEOCONFERENCE VDRP**<br><br>Hon. Troy L. Nunley<br><br>Trial:   None Set. |

WHEREAS,

Plaintiff alleges she was injured when she fell on an Amtrak train;

The Court has set certain discovery and VDRP deadlines;

The parties have been in the process of scheduling a VDRP, but were unable to find a mutually available date for counsel, their clients, and the Court-Appointed mediator (Robert Pohls) until beyond the current VDRP deadline; and

To allow for the parties to engage in a meaningful mediation, the VDRP deadline must be extended to allow sufficient time to complete mediation; and

The parties are in the process of scheduling mediation in March 2022 with Mr. Polhs;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff

1

ORDER TO EXTEND VDRP AND DISCOVERY DEADLINES

ANDREA GREEN and Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK to request the Court modify certain VDRP and discovery deadlines as follows.

Discovery and VDRP deadlines are currently scheduled as follows [Doc. 20]:

| | | |
|---|---|---|
| 1. | VDRP deadline: | January 12, 2022 |
| 2. | Fact Discovery Deadline: | May 18, 2022 |
| 3. | Expert Disclosure: | July 20, 2022 |
| 4. | Dispositive Motion Deadline: | August 24, 2022 |
| 5. | Trial: | None Set |

The parties respectfully request the following new dates, or such other similar dates as are convenient for the Court:

| | | |
|---|---|---|
| 1. | VDRP deadline: | April 12, 2022 |
| 2. | Fact Discovery Deadline: | August 18, 2022 |
| 3. | Expert Disclosure: | October 20, 2022 |
| 4. | Dispositive Motion Deadline: | November 23, 2022 |
| 5. | Trial: | None Set |

Due to shelter-in-place orders and plaintiff's health concerns, the parties also request an Order permitting the parties and counsel to proceed with VDRP by videoconference (such as Zoom) if necessary, pursuant to Civil L.R. 271(l)(2).

Dated:  January 11, 2022                     WILSON LAW FIRM, A PROFESSIONAL
                                             CORPRATION


                                             By: *s/ Justin Berg*
                                                 JUSTIN BERG
                                                 Attorney for Plaintiff
                                                 ANDREA GREEN

Dated:  January 11, 2022                     ALLEN, GLAESSNER,
                                             HAZELWOOD & WERTH, LLP

By: *s/ Alexei Offill-Klein*
ALEXEI N. OFFILL-KLEIN
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK

## ORDER

Good cause appearing, the parties' Stipulation to Extend VDRP and Discovery Deadlines is GRANTED, and the scheduling order is hereby modified as set forth in the stipulation.

IT IS SO ORDERED.

DATED: January 12, 2022

Troy L. Nunley
United States District Judge