1  VINCENT CASTILLO, State Bar No. 209298
   vcastillo@aghwlaw.com
2  ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
   aklein@aghwlaw.com
3  ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
   180 Montgomery Street, Suite 1200
4  San Francisco, CA  94104
   Telephone:     (415) 697-2000
5  Facsimile:     (415) 813-2045

6  Attorneys for Defendant
   NATIONAL RAILROAD PASSENGER CORPORATION
7  dba AMTRAK (erroneously sued as "AmTrak Corporation")

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                    SACRAMENTO COURTHOUSE

11  ANDREA GREEN,                   | Case No. 2:19-cv-02207-TLN-KJN
12                    Plaintiff,    | **STIPULATION AND ORDER TO EXTEND
                                    | VDRP AND DISCOVERY DEADLINES**
13      v.                          |
                                    | Hon. Troy L. Nunley
14  AMTRAK CORPORATION, DOES 1 to   |
15  10,                             |
                                    | Trial:     None Set.
16                    Defendants.   |

17

18

19          WHEREAS,

20          Plaintiff alleges she was injured when she fell on an Amtrak train;

21          The Court has set certain discovery and VDRP deadlines;

22          The parties experienced substantial delays in seeking to arrange mediation with the Court-

23  appointed mediator, Robert Pohls, due to being unable to reach Mr. Pohls after he left his current

24  law firm, and were unable to select a date for mediation to occur before the current VDRP

25  deadline of April 12, 2022;

26          Mediation with Mr. Pohls is now scheduled for May 12, 2022;

27          The parties would like to mediate the case before expending substantial costs on further

28  discovery;

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff ANDREA GREEN and Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK to request that the Court modify certain VDRP and discovery deadlines as follows.

Discovery and VDRP deadlines are currently scheduled as follows [Doc. 22]:

1.    VDRP deadline:                    April 12, 2022
2.    Fact Discovery Deadline:         August 18, 2022
3.    Expert Disclosure:               October 20, 2022
4.    Dispositive Motion Deadline:     November 23, 2022
5.    Trial:                           None Set

The parties respectfully request the following new dates, or such other similar dates as are convenient for the Court:

1.    VDRP deadline:                    May 27, 2022
2.    Fact Discovery Deadline:         October 21, 2022
3.    Expert Disclosure:               December 9, 2022
4.    Dispositive Motion Deadline:     January 13, 2022
5.    Trial:                           None Set

Due to shelter-in-place orders and plaintiff's health concerns, the parties also request an Order permitting the parties and counsel to proceed with VDRP by videoconference (such as Zoom), pursuant to Civil L.R. 271(l)(2).

Dated:  March 31, 2022                WILSON LAW FIRM, A PROFESSIONAL CORPORATION


By:   /s/ Justin Berg
       DENNIS M. WILSON
       JUSTIN BERG
       Attorneys for Plaintiff
       ANDREA GREEN

STIPULATION AND ORDER TO EXTEND VDRP AND DISCOVERY DEADLINES CASE NO. 2:19-CV-02207-TLN-KJN

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1   Dated:  March 31, 2022

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALLEN, GLAESSNER
HAZELWOOD & WERTH, LLP


By:   _/s/ Alexei Offill-Klein_
      VINCENT CASTILLO
      ALEXEI N. OFFILL-KLEIN
      Attorneys for Defendant
      NATIONAL RAILROAD PASSENGER
      CORPORATION dba AMTRAK (erroneously
      sued as "AmTrak Corporation")


## ORDER

Good cause appearing, the parties' Stipulation to Extend VDRP and Discovery Deadlines is GRANTED, and the scheduling order is hereby modified as set forth in the stipulation.

**IT IS SO ORDERED.**

DATED: March 31, 2022

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER TO EXTEND
VDRP AND DISCOVERY DEADLINES
CASE NO. 2:19-CV-02207-TLN-KJN