Dennis M. Wilson (State Bar No. 43877)
Justin Berg (State Bar No. 335451)
Wilson Law Firm, A Professional Corporation
50 Iron Point Circle, Suite 115
Folsom, California 95630
Telephone:  (916) 608-8891
Facsimile:  (916) 608-8892
jberg@wilsonlawfirmca.com

Attorneys for Andrea Green

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| ANDREA GREEN,<br><br>           Plaintiff,<br><br>     v.<br><br>AMTRAK CORPORATION, DOES 1 to 10,<br><br>           Defendants. | Case No. 2:19-cv-02207-TLN-KJN<br><br>**STIPULATION TO EXTEND FACT DISCOVERY DEADLINE FOR DEPOSITION OF AMTRAK'S PMK ONLY; ORDER**<br><br>Hon. Troy L. Nunley<br><br>Trial:    None Set. |

WHEREAS,

Plaintiff alleges she was injured when she fell on an Amtrak train;

The Court has set certain discovery deadlines;

The parties have been in the process of scheduling a deposition for the person most knowledgeable for Amtrak Corporation. The deposition was timely noticed to occur before the fact discovery deadline.  Defendant's counsel was unavailable on the noticed date. The parties therefore agree to extend the fact discovery deadline to April 14, 2023 for the sole purpose of permitting plaintiff to take this PMK deposition that was previously noticed. All other scheduled deadlines shall remain in place and the fact discovery deadline will be extended only with respect to this previously noticed deposition.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff ANDREA GREEN and Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK to request the Court modify the fact discovery deadline to allow for the deposition of the person most knowledgeable for Amtrak as follows.

Discovery deadlines are currently scheduled as follows [Doc. 20]:

1. Fact Discovery Deadline: February 10, 2023
2. Expert Disclosure: March 24, 2023
3. Dispositive Motion Deadline: April 14, 2023
4. Trial: None Set

The parties respectfully request the following new dates, or such other similar dates as are convenient for the Court:

1. Fact Discovery Deadline (PMK depo. only): April 14, 2023
2. Expert Disclosure (unchanged): March 24, 2023
3. Dispositive Motion Deadline (unchanged): April 14, 2023
4. Trial: (unchanged) None Set

Dated: February 16, 2022        WILSON LAW FIRM, A PROFESSIONAL CORPRATION

By: *s/ Justin Berg*
JUSTIN BERG
Attorney for Plaintiff
ANDREA GREEN

Dated: February 16, 2023        ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

By: *s/ Alexei Offill-Klein*
ALEXEI N. OFFILL-KLEIN
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK

ORDER

Good cause appearing, the parties' Stipulation to Extend Discovery Deadline in regards to the deposition of the person most knowledgeable for Amtrak Corporation is GRANTED, and the scheduling order is hereby modified as set forth in the stipulation. The fact discovery deadline shall be extended for the sole purpose of plaintiff taking Amtrak's PMK deposition, and no other fact discovery shall occur.

IT IS SO ORDERED.

Dated: February 17, 2023

Troy L. Nunley
United States District Judge