Dennis M. Wilson (State Bar No. 43877)
Justin Berg (State Bar No. 335451)
Wilson Law Firm, A Professional Corporation
50 Iron Point Circle, Suite 115
Folsom, California 95630
Telephone:  (916) 608-8891
Facsimile:  (916) 608-8892
jberg@wilsonlawfirmca.com

Attorneys for Andrea Green

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| ANDREA GREEN,<br><br>            Plaintiff,<br><br>     v.<br><br>AMTRAK CORPORATION, DOES 1 to 10,<br><br>            Defendants. | Case No. 2:19-cv-02207-TLN-KJN<br><br>**SECOND STIPULATION and ORDER TO CONTINUE EXPERT DISCLOSURE DEADLINE**<br><br>Hon. Troy L. Nunley<br><br>Trial:    None Set. |

WHEREAS,

Plaintiff alleges she was injured when she fell on an Amtrak train;

The Court has set certain discovery deadlines;

The parties are engaging in direct settlement negotiations and wish to continue the current expert disclosure deadline of May 11, 2023 to May 31, 2023, to afford the parties time to continue engaging in settlement negotiations before incurring significant costs and fees on expert retention and expert discovery;

Neither plaintiff nor defendant intends to file a dispositive motion;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff ANDREA GREEN and Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK to request the Court modify the expert disclosure

STIPULATION AND ORDER TO CONTINUE EXPERT DISCLOSURE DEADLINE

1  deadline as set forth below.

2      Discovery deadlines are currently scheduled as follows [Doc. 34]:

3      **1.**    **Expert Disclosure**    **May 11, 2023**

4      2.    Fact Disco. Cutoff (PMK depo. only):    April 14, 2023

5      3.    Dispositive Motion Deadline:    April 14, 2023

6      4.    Trial:    None Set

7      The parties respectfully request the following new dates, or such other similar

8  dates as are convenient for the Court:

9      **1.**    **Expert Disclosure**    **May 31, 2023**

10      2.    Fact Disco. Cutoff (PMK depo. - unchanged):    April 14, 2023

11      3.    Dispositive Motion Deadline (unchanged):    April 14, 2023

12      4.    Trial (unchanged):    None Set

13  Dated: May 11, 2023    WILSON LAW FIRM, A PROFESSIONAL CORPRATION

14  

15      By: *s/ Justin Berg*
    JUSTIN BERG
    Attorney for Plaintiff
    ANDREA GREEN

16  Dated: May 11, 2023    ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

17      By: *s/Alexei Offill-Klein*
    ALEXEI N. OFFILL-KLEIN
    Attorneys for Defendant
    NATIONAL RAILROAD PASSENGER
    CORPORATION dba AMTRAK

ORDER

Good cause appearing, the parties' Stipulation to Continue the Expert Disclosure Deadline is GRANTED, and the scheduling order is hereby modified as set forth in the stipulation.

IT IS SO ORDERED.

Dated: May 12, 2023

_____
Troy L. Nunley
United States District Judge